UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF SOON WOO CHOI,<br><br>Applicant. | Case No. 5:24-mc-80043-EJD<br><br>**JUDGMENT**<br>Re: Dkt. No. 5 |

On March 14, 2024, the Court denied Applicant Soon Woo Choi's request for leave to take discovery for use in a foreign proceeding. ECF No. 5. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment against Applicant. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 15, 2024

EDWARD J. DAVILA
United States District Judge