# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF SOON WOO CHOI,<br><br>Applicant. | Case No. 24-mc-80116-BLF<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Edward J. Davila for consideration of whether the case is related to *In re Ex Parte Application of Soon Woo Choi*, Case No. 24-mc-80043-EJD.

**IT IS SO ORDERED.**

Dated: May 17, 2024

_____
BETH LABSON FREEMAN
United States District Judge